**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
ERIC BUSBY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 09–MJ–00020-GGH |
| ) | |
| PLAINTIFF, ) | STIPULATION AND ORDER CONTINUING THE |
| ) | PRELIMINARY HEARING AND |
| v. ) | EXCLUDING TIME |
| ) | |
| ERIC BUSBY, ) | |
| ) | |
| DEFENDANT. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and James R. Greiner, counsel for the defendant, that good cause exists to extend the preliminary hearing currently set for Thursday, March 5, 2009, at 2:00 p.m. to Thursday, April 9, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d). This is the second request by the parties for an extension of time for the preliminary hearing.

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because more time will permit the parties to continue to perform additional investigation, continue to evaluate the evidence in this case, and continue the good faith discussions of a possible pre-indictment resolution.

1

Counsel further stipulate that an exclusion of time from now until Thursday, April 9, 2009, is appropriate under the Speedy Trial Act because of the fact that defense counsel has not yet completed review of all of the discovery that has been provided in this case, defense counsel is still investigating the case and on going good faith discussions between the parties continues in attempting to reach a pre-indictment resolution. Furthermore, both parties have been and continue to engage in additional investigation that will likely have a significant impact on the resolution of this case. As a result, counsel for both parties believe time should be excluded under Local Rule T4 to allow a reasonable time to prepare (Title 18 U.S.C. section 3161(h)(8(B)(iv); Local Code T4).

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: 3-3-09 /s/ Kyle Reardon (in person authorization)
_____
KYLE REARDON
Assistant United States Attorney


/s/ James R. Greiner
DATED: 1-23-09 _____
JAMES R. GREINER
Attorney for defendant ERIC BUSBY

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Thursday, March 5, 2009, at 2:00 p.m., to Thursday, April 9, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d); and

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through Thursday, April 9, 2009.

IT IS SO ORDERED.

DATED: March 4, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE


_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE