**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
ERIC BUSBY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    PLAINTIFF,  )<br>  )<br>    v.  )<br>  )<br>ERIC BUSBY,  )<br>  )<br>    DEFENDANT.  )<br>_____ ) | 09–MJ–00020-GGH<br><br>STIPULATION AND ORDER CONTINUING THE PRELIMINARY HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Kyle Reardon, counsel for the plaintiff, and James R. Greiner, counsel for the defendant, that good cause exists to extend the preliminary hearing currently set for Thursday, April 9, 2009, at 2:00 p.m. to Thursday, June 4, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because more time will permit the parties to continue to perform additional investigation, continue to evaluate the evidence in this case, and continue the good faith discussions of a possible pre-indictment resolution.

/////

/////

/////

1

Counsel further stipulate that an exclusion of time from now, Thursday, April 9, 2009, until Thursday, June 4, 2009, is appropriate under the Speedy Trial Act because of the fact that defense counsel continues to review of all of the discovery that has been provided in this case, defense counsel is continuing to investigate the case and on going good faith discussions between the parties continues in attempting to reach a pre-indictment resolution. Furthermore, both parties have been and continue to engage in additional investigation that will likely have a significant impact on the resolution of this case, and the additional time will be of significant benefit to all parties. As a result, counsel for both parties believe time should be excluded under Local Rule T4 to allow a reasonable time to prepare (Title 18 U.S.C. section 3161(h)(8(B)(iv); Local Code T4).

                               Respectfully submitted,

                               LAWRENCE G. BROWN
                               Acting United States Attorney

DATED: 4-8-09              /s/ Kyle Reardon (telephone authorization)
                               _____
                               KYLE REARDON
                               Assistant United States Attorney

DATED: 4-8-09              /s/ James R. Greiner
                               _____
                               JAMES R. GREINER
                               Attorney for defendant ERIC BUSBY

**ORDER**

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Thursday, April 9, 2009, at 2:00 p.m., to Thursday, June 4, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be

excluded from Thursday, April 9, 2009 to through and including Thursday, June 4, 2009.

IT IS SO ORDERED.

DATED: April 8, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/busby0020.stipord