**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
ERIC BUSBY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                         )<br>      PLAINTIFF,                             )<br>                                                         )<br>      v.                                              )<br>                                                         )<br>ERIC BUSBY,                                 )<br>                                                         )<br>      DEFENDANT.                         )<br>_____) | 09–MJ–00020-GGH<br><br>ORDER CONTINUING THE PRELIMINARY HEARING AND EXCLUDING TIME |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Mr. S. Robert Tice-Raskin, counsel for the plaintiff, and James R. Greiner, counsel for the defendant, that good cause exists to extend the preliminary hearing currently set for Thursday, June 4, 2009, at 2:00 p.m. to Thursday, July 30, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because of the ongoing good faith discussions of resolution and legal research being done by the parties. The parties continue to perform additional investigation, continue to evaluate the evidence in this case, and continue good faith discussions of a possible pre-indictment resolution (which could result in costs savings to both the Court and the U.S. Attorney's Office).

Counsel further stipulate that previous periods of delay have been excluded in

1

computing the time within which an information/indictment must be filed up to and including Thursday, June 4, 2009.  Both parties further agree and stipulate that the time from Thursday, June 4, 2009, to and including, Thursday July 30, 2009 should also be excluded in computing the time within which an information/indictment must be filed under the Speedy Trial Act because defense counsel continues to review discovery that has been provided in this case, defense counsel is continuing to investigate the case, and because the parties wish to continue discussions to reach a potential pre-indictment resolution.  Furthermore, both parties have been and continue to engage in additional investigation that will likely have a significant impact on the resolution of this case, and the additional time will be of significant benefit to all parties.  As a result, counsel for both parties believe time should be excluded under Local Rule T4 to allow a reasonable time to prepare, taking into the account the exercise of due diligence (Title 18 U.S.C. section 3161(h)(7)(B)(iv); Local Code T4). Both parties agree and stipulate that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in speedy charging pursuant to the Speedy Trial Act and that the defendant specifically waives time for the government to file any Indictment in the case for the time period from June 4, 2009 up to and including  July 30, 2009.

        Respectfully submitted,

        LAWRENCE G. BROWN
        Acting United States Attorney

DATED: 6-1-09    /s/ S. Robert Tice-Raskin(telephone authorization)
        _____
        S. ROBERT TICE-RASKIN
        Assistant United States Attorney


        /s/ James R. Greiner
DATED: 6-1-09    _____
        JAMES R. GREINER
        Attorney for defendant ERIC BUSBY

2

# ORDER

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Thursday, June 4, 2009, at 2:00 p.m., to Thursday, July 30, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in speedy charging pursuant to the Speedy Trial Act. Accordingly, time under the Speedy Trial Act shall be excluded from Thursday, June 4, 2009 to through and including Thursday, July 30, 2009;

3. And further, the Court finds that the defendant agrees and stipulates to the waiving of time in which the government shall file an Indictment in this case for the period of time between June 4, 2009, up to and including, Thursday, July 30, 2009.

IT IS SO ORDERED.

DATED: June 3, 2009.

_____
U.S. MAGISTRATE JUDGE