1  **JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
2  **LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
3  SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
4  FAX: (916) 920-7951

5  ATTORNEY FOR DEFENDANT
ERIC BUSBY

6

7

8                  IN THE UNITED STATES DISTRICT COURT FOR THE

9                      EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        )        09–MJ–00020-GGH

11 |        PLAINTIFF,                )        STIPULATION AND
                                      )        ORDER CONTINUING THE
12 |        v.                        )        PRELIMINARY HEARING AND
                                      )        EXCLUDING TIME
13 | ERIC BUSBY,                      )
                                      )
14 |                                  )
           DEFENDANT.                 )
15 | _____ )

16        IT IS HEREBY STIPULATED by and between Assistant United States

17 Attorney Mr. Kyle Reardon, counsel for the plaintiff, and James R. Greiner, counsel

18 for the defendant, that good cause exists to continue the preliminary hearing currently

19 set for Thursday, October 8, 2009, at 2:00 p.m. to Thursday, October 29, 2009, at 2:00

20 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).

21        Good cause exists to extend the time for the preliminary hearing within the

22 meaning of Rule 5.1(d) because of the ongoing good faith discussions of resolution

23 and legal research being done by the parties.  To date, the defense has done extensive

24 legal research that it has presented to the government in an on going attempt to resolve

25 the case. The government has reviewed the latest offer by the defense toward

26 resolution.

27 /////

28 /////

1

1    The parties have tentatively reached an agreement in principle regarding the

2 resolution of this matter. This continuance will allow the parties to finalize the terms

3 and conditions of the resolution of the agreement between the parties. (Should this

4 resolution occur, this will be a costs savings to both this Court and the U.S. Attorney's

5 Office).

6    Counsel for both parties further stipulate that previous periods of delay have

7 been excluded in computing the time within which an information/indictment must be

8 filed  up to and including Thursday, October 8, 2009.  Both parties further agree and

9 stipulate that the time from Thursday, October 8, 2009, to and including, Thursday,

10 October 29, 2009 should also be excluded in computing the time within which an

11 information/indictment must be filed under the Speedy Trial Act because defense

12 counsel continues to review discovery that has been provided in this case, defense

13 counsel is continuing to investigate the case, and because the parties wish to continue

14 discussions to reach a potential pre-indictment resolution, and the parties have agreed

15 in principle regarding a resolution in this matter.  As a result, counsel for both parties

16 believe time should be excluded under Local Rule T4 to allow a reasonable time to

17 prepare, taking into the account the exercise of due diligence (Title 18 U.S.C. section

18 3161(h)(8)(A) and (B)(iv); Local Code T4).  Both parties agree and stipulate that the

19 ends of justice served by taking such action outweigh the best interest of the public

20 and the defendant in speedy charging pursuant to the Speedy Trial Act and that the

21 defendant specifically waives time for the government to file any Indictment in the

22 case for the time period from Thursday, October 8, 2009 up to and including

23 Thursday, October 29, 2009.

24                          Respectfully submitted,

25                          LAWRENCE G. BROWN
                            Acting United States Attorney

26

27 DATED: 10-8-09          /s/ Kyle Reardon(telephone authorization)
                          _____
28                          KYLE REARDON

2

1        Assistant United States Attorney

2

3   DATED: 10-8-09        /s/ James R. Greiner
                          _____
4                         JAMES R. GREINER
                          Attorney for defendant ERIC BUSBY

5                              **ORDER**

6

7        Based upon the representations by counsel and the stipulation of the parties, IT

8   IS HEREBY ORDERED that:

9        1. The Court finds good cause to extend the Preliminary Hearing currently set

10   for Thursday, October 8, 2009, at 2:00 p.m., to Thursday, October 29, 2009, at 2:00

11   p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

12        2. Based upon the above representations and stipulation of the parties, the Court

13   further finds that the ends of justice outweigh the best interest of the public and the

14   defendant in speedy charging pursuant to the Speedy Trial Act. Accordingly, time

15   under the Speedy Trial Act shall be excluded from Thursday, October 8, 2009 to

16   through and including Thursday, October 29, 2009;

17        3. And further, the Court finds that the defendant agrees and stipulates to the

18   waiving of time in which the government shall file an Indictment in this case for the

19   period of time between Thursday, October 8, 2009, up to and including, Thursday,

20   October 29, 2009.

21

22        **IT IS SO ORDERED.**

23

24   DATED: October 8, 2009

25                          _____
                            U.S. MAGISTRATE JUDGE
26

27

28

3