**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
ERIC BUSBY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 09–MJ–00020-GGH |
|---|---|
| PLAINTIFF, | STIPULATION AND ORDER CONTINUING THE PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | |
| ERIC BUSBY, | |
| DEFENDANT. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Mr. Kyle Reardon, counsel for the plaintiff, and James R. Greiner, counsel for the defendant, that good cause exists to continue the preliminary hearing currently set for Thursday, October 29, 2009, at 2:00 p.m. to Thursday, December 3, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within the meaning of Rule 5.1(d) because of the ongoing good faith discussions of resolution and legal research being done by the parties. To date, the defense has done extensive legal research that it has presented to the government in an on going attempt to resolve the case. The government has reviewed the latest offer by the defense toward resolution.

/////

/////

1

The parties have tentatively reached an agreement in principle regarding the resolution of this matter. This continuance will allow the parties to finalize the terms and conditions of the resolution of the agreement between the parties. (Should this resolution occur, this will be a costs savings to both this Court and the U.S. Attorney's Office). The parties need the extra time to work out some of the last details of the agreement that has been agreed to in principal. The remaining details are critical and material to the agreement, and the parties need this extra time to ensure a resolution is forthcoming,

Counsel for both parties further stipulate that previous periods of delay have been excluded in computing the time within which an information/indictment must be filed up to and including Thursday, December 3, 2009. Both parties further agree and stipulate that the time from Thursday, October 29, 2009, to and including, Thursday, December 3, 2009 should also be excluded in computing the time within which an information/indictment must be filed under the Speedy Trial Act because defense counsel continues to review discovery that has been provided in this case, defense counsel is continuing to investigate the case, and because the parties wish to continue discussions to reach a potential pre-indictment resolution, and the parties have agreed in principle regarding a resolution in this matter. As a result, counsel for both parties believe time should be excluded under Local Rule T4 to allow a reasonable time to prepare, taking into the account the exercise of due diligence (Title 18 U.S.C. section 3161(h)(8)(A) and (B)(iv); Local Code T4). Both parties agree and stipulate that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in speedy charging pursuant to the Speedy Trial Act and that the defendant specifically waives time for the government to file any Indictment in the case for the time period from Thursday, October 29, 2009 up to and including Thursday, December 3, 2009.

/////

/////

2

Case 2:10-cr-00012-JAM   Document 23   Filed 10/29/09   Page 3 of 3

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | LAWRENCE G. BROWN<br>Acting United States Attorney |
| DATED: 10-28-09 | /s/ Kyle Reardon(telephone authorization)<br>_____<br>KYLE REARDON<br>Assistant United States Attorney |
| DATED: 10-28-09 | /s/ James R. Greiner<br>_____<br>JAMES R. GREINER<br>Attorney for defendant ERIC BUSBY |

### ORDER

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Thursday, October 28, 2009, at 2:00 p.m., to Thursday, December 3, 2009, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in speedy charging pursuant to the Speedy Trial Act. Accordingly, time under the Speedy Trial Act shall be excluded from Thursday, October 28, 2009 to through and including Thursday, December 3, 2009;

3. And further, the Court finds that the defendant agrees and stipulates to the waiving of time in which the government shall file an Indictment in this case for the period of time between Thursday, October 28, 2009, up to and including, Thursday, December 3, 2009.

**IT IS SO ORDERED.**

DATED: October 28, 2009

_____
U.S. MAGISTRATE JUDGE

3