**JAMES R. GREINER, ESQ.**
CALIFORNIA STATE BAR NUMBER 123357
**LAW OFFICES OF JAMES R. GREINER**
555 UNIVERSITY AVENUE, SUITE 290
SACRAMENTO, CALIFORNIA 95825
TELEPHONE:(916) 649-2006
FAX: (916) 920-7951

ATTORNEY FOR DEFENDANT
ERIC BUSBY

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 09–MJ–00020-GGH |
| | ) | |
| PLAINTIFF, | ) | STIPULATION AND |
| | ) | ORDER CONTINUING THE |
| v. | ) | PRELIMINARY HEARING AND |
| | ) | EXCLUDING TIME |
| ERIC BUSBY, | ) | |
| | ) | |
| DEFENDANT. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between Assistant United States

Attorney Mr. Kyle Reardon, counsel for the plaintiff, and James R. Greiner, counsel

for the defendant, that good cause exists to continue the preliminary hearing currently

set for Thursday, December 3, 2009, at 2:00 p.m. to Thursday, January 14, 2010, at

2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d).

Good cause exists to extend the time for the preliminary hearing within the

meaning of Rule 5.1(d) because of the ongoing good faith discussions of resolution

and legal research being done by the parties.

In the last week, there has been significant and material discussions between the

parties which has resulted in significant progress being made toward resolution of this

matter.

////

1

The parties still believe they have tentatively reached an agreement in principle regarding the resolution of this matter. The latest recent significant discussions have crystalized and focused the parties discussions in the good faith discussions toward resolution.

The government has provided the defense with over 350 pages of new discovery which the parties believe will further crystalize the discussions that both parties are pointing toward resolving  this case. This extra time will allow defense counsel to review with the defendant the new discovery and allow continued focused discussions regarding resolution of this matter.

Counsel for both parties further stipulate that previous periods of delay have been excluded in computing the time within which an information/indictment must be filed  up to and including Thursday, January 14, 2010.  Both parties further agree and stipulate that the time from Thursday, December 3, 2009, to and including, Thursday, January 14, 2010,  should also be excluded in computing the time within which an information/indictment must be filed under the Speedy Trial Act because defense counsel continues to review discovery that has been provided in this case, defense counsel is continuing to investigate the case, and because the parties wish to continue discussions to reach a potential pre-indictment resolution, and the parties have agreed in principle regarding a resolution in this matter.  As a result, counsel for both parties believe time should be excluded under Local Rule T4 to allow a reasonable time to prepare, taking into the account the exercise of due diligence (Title 18 U.S.C. section 3161(h)(7)(A) and (B)(iv); Local Code T4).  Both parties agree and stipulate that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in speedy charging pursuant to the Speedy Trial Act and that the defendant specifically waives time for the government to file any Indictment in the case for the time period from Thursday, December 3, 2009 up to and including Thursday, January 14, 2010.

Respectfully submitted

Benjamin B. Wagner
United States Attorney

DATED: 12-2-09                    /s/ Kyle Reardon(in person authorization)
_____
KYLE REARDON
Assistant United States Attorney

                                  /s/ James R. Greiner
DATED: 12-2-09                    _____
JAMES R. GREINER
Attorney for defendant ERIC BUSBY

### ORDER

Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

1. The Court finds good cause to extend the Preliminary Hearing currently set for Thursday, December 3, 2009, at 2:00 p.m., to Thursday, January 14, 2010, at 2:00 p.m., pursuant to Federal Rule of Criminal Procedure 5.1(d);

2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and the defendant in speedy charging pursuant to the Speedy Trial Act. Accordingly, time under the Speedy Trial Act shall be excluded from Thursday, December 3, 2009 to through and including Thursday, January 14, 2010;

3. And further, the Court finds that the defendant agrees and stipulates to the waiving of time in which the government shall file an Indictment in this case for the period of time between Thursday, December 3, 2009, up to and including, Thursday, January 14, 2010.

**SO ORDERED.**

DATED: December 3. 2009          _____
                                 EDMUND F. BRENNAN
                                 UNITED STATES MAGISTRATE JUDGE

3