BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:10-CR-00012 JAM |
| Plaintiff, ) | |
| ) | ORDER RE: |
| v. ) | MOTION TO DISMISS |
| ) | INFORMATION |
| ERIC RYAN BUSBY, ) | |
| Defendant. ) | |

Pursuant to motion of the Plaintiff, United States of America, filed under Rule 48(a) of the Federal Rules of Criminal Procedure, it is hereby ordered that the information against Eric Ryan Busby, filed on January 14, 2010, in 2:10-CR-00012 JAM, is dismissed.

Dated: March 5, 2010           /s/ John A. Mendez
                               JOHN A. MENDEZ
                               U.S. District Court Judge